STATE OF MINNESOTA

IN SUPREME COURT

A14-0128

OFFICE OF
APPELLATE COURTS

AUG 1 9 2015

FILED

State of Minnesota,

        Appellant,

vs.

Cree Rae Larson,

        Respondent.

ORDER

Respondent filed a motion for attorney fees and costs for the time respondent's counsel spent and the expenses incurred in preparing his brief. *See* Minn. R. Crim. P. 29.04, subd. 10(3) ("Reasonable attorney fees and costs incurred must be allowed to the defendant on an appeal to the Supreme Court by the prosecutor in a case originally appealed by the prosecutor to the Court of Appeals . . . ."). In an order filed on December 22, 2014, we deferred ruling on respondent's motion, explaining that we could not assess the reasonableness of the attorney fees request on the current record, given the unique facts of this case. We ordered respondent's counsel to provide us with additional information related to his attorney fees request by January 5, 2015. Respondent has not provided the additional information requested by the court.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED that:

1.    Respondent Cree Rae Larson's motion for an award of attorney fees and costs is granted in part and denied in part. The motion is denied with respect to the request for an award of attorney fees but is granted with respect to the request for an award of costs.

2.    The City of Minneapolis shall pay respondent's counsel $66.08 in out-of-pocket costs.

Dated: August 19, 2015

BY THE COURT:

G. Barry Anderson
Associate Justice

2